IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| JAMES MILLS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 15 C 8299 |
|  | ) |  |
| SHAUN PARKER and | ) |  |
| TARRY WILLIAMS, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## MEMORANDUM ORDER

This Court's October 7, 2015 memorandum order ("Order") identified the errors that pro se prisoner plaintiff James Mills ("Mills") had committed in this action -- astonishingly "the selfsame flaws that this Court described in its June 11, 2015 memorandum order in Mills' now-dismissed Case No. 15 C 5037" -- and granted Mills until October 26 to cure those deficiencies. Mills has submitted nothing whatever by way of response, even though this Court has waited a few days past that October 26 deadline before issuing this follow-up on the Order. Accordingly, as forecast in the Order, this action is dismissed for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 29, 2015